# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 96-60816
_____


ESICORP, INC. formerly known as
EBASCO Services Inc                                            PETITIONER

versus

ALEXIS M HERMAN, SECRETARY OF LABOR,
U.S. DEPARTMENT OF LABOR, Secretary                           RESPONDENT

_____

Petition for Review of the Final
Decision and Order of the Administrative
Review Board of the United States
Department of Labor
(89-ERA-23)

_____
September 8, 1997
Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges:

PER CURIAM:[*]

     Having reviewed the briefs and pertinent parts of the record,

the decision is **AFFIRMED**.

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.